## 18639.   AUSTIN *v.* CITY OF NEWNAN.

LUKE, J.   The plaintiff in certiorari having failed to comply with the
statute as to the bond required of him, the court did not err in refusing
to sanction the petition for certiorari.   *Gillespie* v. *Macon,* 19 *Ga. App.*

Certiorari, 11 C. J. p. 159, n. 94.

1 (90 S. E. 970); *Barlow* v. *Hawkinsville,* 34 *Ga. App.* 193 (128 S. E. 817), and cit.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Petition for certiorari; from Coweta superior court—Judge Roop. November 8, 1927.

*S. H. Dyer,* for plaintiff in error. *A. H. Freeman,* contra.